

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2017 JAN 27 P 1: 08

WILLIAM W. BLEVINS
       CLERK G
```

**FELONY**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR RECEIPT OF MATERIALS INVOLVING THE SEXUAL EXPLOITATION OF MINORS AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER: **17 - 018** |
| v. | * | SECTION: **SECT. G  MAG. 1** |
| DARRELL RICKS | * | VIOLATIONS: 18 U.S.C. § 2252(a)(2) |
| | | 18 U.S.C. § 2252(b)(1) |
| | * | 18 U.S.C. § 2253 |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

### RECEIPT OF CHILD PORNOGRAPHY

From a time unknown, and continuing until on or about October 21, 2016, within the Eastern District of Louisiana, and elsewhere, **DARRELL RICKS**, defendant herein, did knowingly receive, and attempt to receive, visual depictions, that is, digital images, computer images, and digital video files, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual

__ Fee USA
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No.____

depictions having involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## NOTICE OF FORFEITURE

1. The allegations contained in Count 1 of Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of the offense alleged in Count 1, defendant, **DARRELL RICKS**, shall forfeit to the United States all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2253, including but not limited to:

    a.  Dell Dimension 9150 computer, serial number 6NB9891;

    b.  64GB PNY USB thumb drive.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

FOREPERSON

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

BRIAN M. KLEBBA
Assistant United States Attorney
New York Registration No. 2938728

New Orleans, Louisiana
January 27, 2017

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**DARRELL RICKS**

## INDICTMENT

**INDICTMENT FOR RECEIPT OF MATERIALS INVOLVING THE SEXUAL EXPLOITATION OF MINORS AND NOTICE OF FORFEITURE**

VIOLATION: 18 U.S.C. § 2252(a)(2), (b)(1), 2253

A tr[ue bill]

_____
Foreman

Filed in open court this _____ day of _____ A.D. 2017.

_____
Clerk

Bail, $ _____

_____
Brian M. Klebba, Assistant United States Attorney