UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.: 17-018 |
| DARRELL RICKS | SECTION: "G" |

**ORDER**

The trial in this matter is scheduled to commence on Monday, April 17, 2017. Jury selection shall begin promptly at 9:00 a.m. In the interest of time,

**IT IS ORDERED** that:

1. A final pre-trial conference is scheduled for March 29, 2017 at 4:00 p.m..

2. Motions in limine, motions to suppress and short memoranda supporting objections to exhibits must be delivered to chambers no later than Friday, March 17, 2017, at 4:30 p.m., with responses thereto to be delivered to chambers no later than Friday, March 24, 2017, at 4:30 p.m.

3. Special voir dire, jury interrogatories, jury charges, and jury questionnaires (originals and copies) must be delivered to chambers no later than Friday, March 17, 2017, at 12:00 noon. Requests for lawyer voir dire must contain a statement of intentions and must be delivered to chambers no later than Friday, March 17, 2017, at 12:00 noon.

4. Counsel are to prepare a joint bench book (or set of bench books) of exhibits to be used at trial. The bench book must be tabbed numerically by exhibit and contain an index of the exhibits. Any *in globo* exhibits must contain page or Bates numbers. The copies of the bench book(s) for use by witnesses and the jury must be delivered to Chambers by Friday, April 14, 2017, and shall not contain any exhibits as to

which there are pending objections.

Counsel for the government must furnish the Court with a copy of the bench book to be used at trial by the undersigned no later than Friday, April 14, 2017 at 12:00 noon. Exhibits as to which there are no objections, or to which any objections have been overruled by the Court, shall be listed first on the index and placed in the front of the bench book. Exhibits to which there are pending objections shall be listed at the end of the index and placed at the back of the bench book.

A copy of the exhibit book(s) will be needed for the Court's record for this case.

5. Any *Giglio* or *Brady* information must be delivered to defense counsel immediately, but in any event by April 14, 2017 at 12:00 noon.

6. Counsel for the government must deliver all Jencks Act material and all Fed.R. Crim. P. 404(b) materials to chambers no later than Friday, April 14, 2017 at 12:00 noon. Counsel for the government must also contemporaneously deliver copies of such materials to defense counsel.

New Orleans, Louisiana, this __15th__ day of February 2017.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE